**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01020-CR

### JOSE RAMIRO DELAROSA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-52888-T

## ORDER

Before Chief Justice Wright and Justices Francis and Myers

Based on the Court's opinion of this date, we **DENY** the State's September 22, 2014 motion to abate the appeal.

/s/     LANA MYERS
        JUSTICE